UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN P. HUNT,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 3:13-cv-00040-MMD-WGC<br><br>ORDER |

The Court received a letter dated June 19, 2013, from Petitioner Brian Hunt. It does not appear that the letter was served on respondents. Petitioner is admonished that *ex parte* communications with a judge are inappropriate in most circumstances. *See* Local Rules, Part II, LR 7-6. Moreover, a document requesting a Court order must be styled as a motion, not a letter (*see* F.R.C.P. 7). Letters to a judge will be disregarded. While the Court directed for the June 19, 2013, letter to be filed, the Court will not take any action in response to the letter.

DATED THIS 26th day of June 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE