UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN P. HUNT,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:13-cv-00040-MMD-WGC<br><br>ORDER |

Plaintiff has submitted a motion to reconsider appointment of counsel (dkt. no. 8), and respondents have submitted an opposition (dkt. no. 11).  Nothing in the motion would cause the Court to change its earlier ruling that denied petitioner's motion for appointment of counsel.

Respondents have submitted a motion for enlargement of time (first request) (dkt. no. 13), which the Court grants.

IT IS THEREFORE ORDERED that petitioner's motion to reconsider appointment of counsel (dkt. no. 8) is DENIED.

IT IS FURTHER ORDERED that respondents motion for enlargement of time (first request) (dkt. no. 13) is GRANTED.  Respondents shall have through August 29, 2013, to file and serve an answer or other response to the petition (dkt. no. 5).

DATED THIS 10th day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE